UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS KLEIN,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,
BOARD OF REGENTS, *et al.*,

    Defendants.

                                   /

Case No. 17-11192

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S FEBRUARY 23, 2018 REPORT AND RECOMMENDATION [22]

Currently before the Court is the magistrate judge's February 23, 2018 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation (Dkt. # 22).

It is ordered that Defendants' Motion to Dismiss (Dkt. # 15) is hereby GRANTED.

It is further ordered that Plaintiff's Complaint is hereby DISMISSED with prejudice.

SO ORDERED.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: April 3, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2018, by electronic and/or ordinary mail.

                                s/Lisa Bartlett
                                Case Manager